B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Darleen's Interiors, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3859389** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**864 South Route 59**<br>**Naperville, IL**<br><br>ZIP Code **60540** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**241 White Oak Dr.**<br>**Naperville, IL**<br><br>ZIP Code **60540** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **864 So. Rt. 59 (at Ogden Av.)**<br>**Naperville, IL 60540** |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."
■ Debts are primarily
business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the debtor
is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed
to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more
classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Darleen's Interiors, Inc** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Darleen's Interiors, Inc** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Kent A. Gaertner**
Signature of Attorney for Debtor(s)

**Kent A. Gaertner 3121489**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**April 22, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Darleen McFarlan**
Signature of Authorized Individual

**Darleen McFarlan**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 22, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **Darleen's Interiors, Inc**
                                     **Debtor**,

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 311,557.50 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 393,610.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 7 | | 250,896.29 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 353,947.85 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 311,557.50 | | |
| Total Liabilities | | | | 998,454.14 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re    **Darleen's Interiors, Inc**                                                    Case No. _____
                                                              ,
                                      Debtor

                                                                                         Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re    **Darleen's Interiors, Inc**_____,    Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

| | | |
| --- | --- | --- |
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

___0___  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Darleen's Interiors, Inc**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Standard Bank- Acct. #4424050005 | - | 993.73 |
| | | InBank- Acct. #0560354100 | - | 0.00 |
| | | Standard Bank- Payroll Acct. #4424054007 | - | 65.70 |
| | | In Bank Account # 0560358100 | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit with Fox River Common Shopping Center | - | 9,198.07 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **10,257.50** |
|---|---|---|
| | (Total of this page) | |

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Darleen's Interiors, Inc**                                          ,    Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re  **Darleen's Interiors, Inc**                                          ,          Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Lexus GS 300** | - | 19,300.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Miscellaneous desks and tables, printer copier, filing cabinets, computers, refrigerator, sewing machines.  All items are older and heavily used** | - | 2,000.00 |
| 30. Inventory. | | **See List attached. Note that no physical inventory has been done in approximately 18 months but Debtor believes attached list to generally accurate.** | - | 280,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 301,300.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 311,557.50 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Darleen's Interiors, Inc**                                                                    Case No. _____

_____
Debtor                      ,

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **Note # 09001C and 09002C** <br><br> **In Bank** <br> **15533 S. Cicero Av.** <br> **Oak Forest, IL 60452-3626** | X | | - | | **July 2008** <br> **Blanket Lien** <br> **See List attached. Note that no physical inventory has been done in approximately 18 months but Debtor believes attached list to generally accurate.** | | | | | |
| | | | | | Value $ **280,000.00** | | | | 372,709.00 | 92,709.00 |
| Account No. **VIN #JTHCH96S660020344** <br><br> **Lexus Finance - SST** <br> **P.O. Box 790079** <br> **Saint Louis, MO 63179-0079** | | | - | | **8/2006** <br><br> **Purchase Money Security Interest** <br><br> **2006 Lexus GS 300** | | | | | |
| | | | | | Value $ **19,300.00** | | | | 20,901.00 | 1,601.00 |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | |
|---|---|---|
| _0_ continuation sheets attached | Subtotal <br> (Total of this page) | 393,610.00 | 94,310.00 |
| | Total <br> (Report on Summary of Schedules) | 393,610.00 | 94,310.00 |

B6E (Official Form 6E) (12/07)

.

In re    **Darleen's Interiors, Inc**                                                              Case No. _____
                                                              ,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**6**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Darleen's Interiors, Inc** _____,    Case No. _____

                                 Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Angela McMorris <br> Bennett Street <br> North Aurora, IL 60542 | | - | 09/13/2008 <br><br> Deposits for products made | | | | 1,000.00 | 0.00 <br><br> 1,000.00 |
| Account No. <br><br> Angela Robertson <br> 1 Crenshaw Court <br> Bolingbrook, IL 60490 | | - | 02/23/2009 <br><br> Deposits for products made | | | | 2,239.00 | 0.00 <br><br> 2,239.00 |
| Account No. <br><br> Bana Ahdab <br> 6447 Manor Drive <br> Willowbrook, IL 60527 | | - | 01/20/2009 <br><br> Deposits for products made | | | | 9,500.00 | 7,075.00 <br><br> 2,425.00 |
| Account No. <br><br> Bob & Aparna Tata <br> 3412 Keller Lane <br> Naperville, IL 60565 | | - | 02/27/2009 <br><br> Deposits for products made | | | | 11,500.00 | 9,075.00 <br><br> 2,425.00 |
| Account No. <br><br> Brian & Beth Sieve <br> 724 S. Julian <br> Naperville, IL 60540 | | - | 02/17/2009 <br><br> Deposits for products made | | | | 1,500.00 | 0.00 <br><br> 1,500.00 |

Sheet **1** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal    16,150.00
(Total of this page)    25,739.00    9,589.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Darleen's Interiors, Inc** , Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | 01/06/2009 | | | | | | |
| CeCe Taylor 2480 West Branch Court Naperville, IL 60565 | - | | | Deposits for products made | | | | | 6,083.00 | |
| | | | | | | | | 8,508.00 | | 2,425.00 |
| Account No. | | | | 12/30/2008 | | | | | | |
| Donna Itrich 113 Carmela Drive Bloomingdale, IL 60108 | - | | | Deposits for products made | | | | | 9,000.00 | |
| | | | | | | | | 10,000.00 | | 1,000.00 |
| Account No. | | | | 04/11/2008 | | | | | | |
| Donna Lasko 5445 N. Lovejoy Ave. Chicago, IL 60630 | - | | | Deposits for products made | | | | | 0.00 | |
| | | | | | | | | 2,000.00 | | 2,000.00 |
| Account No. | | | | 07/01/2008 | | | | | | |
| Donna Zaharski 445 E North Water St. Apt. # 1505 Chicago, IL 60611 | - | | | Deposits for products made | | | | | 2,575.00 | |
| | | | | | | | | 5,000.00 | | 2,425.00 |
| Account No. | | | | 11/08 | | | | | | |
| Dr. Eric Greenglass 9010 Enclave Dr. Burr Ridge, IL 60527 | - | | | Never delivered/Paid in Full | | | X | | 15,675.00 | |
| | | | | | | | | 18,100.00 | | 2,425.00 |

Sheet __2__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 33,333.00
(Total of this page) | 43,608.00 | 10,275.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Darleen's Interiors, Inc** _____,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dr. Jean Walsh**<br>**16151 Weber Road #201**<br>**Crest Hill, IL 60403** | | - | 10/08/2008<br><br>**Deposits for products made** | | | | 2,875.00 | 450.00 | 2,425.00 |
| Account No.<br><br>**Freida & Deno Varlas**<br>**227 Bryant Avenue**<br>**Glen Ellyn, IL 60137** | | - | **Deposits for products made** | | | | 2,459.45 | 34.45 | 2,425.00 |
| Account No.<br><br>**Jeff & Bonnie Willis**<br>**16122 S. Peppermill Trail**<br>**Homer Glen, IL 60491** | | - | 12/21/2008<br><br>**Deposits for products made** | | | | 1,040.54 | 0.00 | 1,040.54 |
| Account No.<br><br>**Laura Carey**<br>**633 Thornwood**<br>**Naperville, IL 60540** | | - | 12/10/2008<br><br>**Deposits for products made** | | | | 2,400.00 | 0.00 | 2,400.00 |
| Account No.<br><br>**Marcia Rayman**<br>**48W226 Price Road**<br>**Big Rock, IL 60511** | | - | 10/22/2008<br><br>**Deposits for products made** | | | | 6,000.00 | 3,575.00 | 2,425.00 |

Sheet __3__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 4,059.45 |
|---|---|---|
| | (Total of this page) | 14,774.99 | 10,715.54 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Darleen's Interiors, Inc** _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2008** | | | | | |
| **Pamela Hidding** **412 Ceasar Dr.** **Barrington, IL 60010** | - | | **Dispute over ordered window dressings** | | | X | | **Unknown** |
| | | | | | | | **6,300.00** | **Unknown** |
| Account No. | | | **11/03/2008** | | | | | |
| **Pat & Manny Sanchez** **2137 Scarlet Oak Lane** **Lisle, IL 60532** | - | | **Deposits for products made** | | | | **825.00** | |
| | | | | | | | **3,250.00** | **2,425.00** |
| Account No. | | | **06/09/2008** | | | | | |
| **Ron Reposh** **14201 So Smith Road** **Lockport, IL 60441** | - | | **Never delivered/Paid in Full** | | | | **8,160.35** | |
| | | | | | | | **10,585.35** | **2,425.00** |
| Account No. | | | **07/01/2008** | | | | | |
| **Sandy Maslowski** **1727 Baybrook** **Naperville, IL 60564** | - | | **Deposits for products made** | | | | **4,250.95** | |
| | | | | | | | **6,675.95** | **2,425.00** |
| Account No. | | | **09/25/2008** | | | | | |
| **Sharon & Gary Kochanek** **743 Cardigan** **Naperville, IL 60565** | - | | **Deposits for products made** | | | | **0.00** | |
| | | | | | | | **1,000.00** | **1,000.00** |

Sheet __4__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | **13,236.30**
(Total of this page) | **27,811.30** | **8,275.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Darleen's Interiors, Inc** _____ ,   Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | 02/13/2009 | | | | | | |
| Sheila DuBose 13407 Allyn Street Plainfield, IL 60585 | - | | | Deposits for products made | | | | | 0.00 | |
| | | | | | | | | 600.00 | | 600.00 |
| Account No. | | | | 11/17/2008 | | | | | | |
| Susan Niven P.O. Box 39 Lockport, IL 60441 | - | | | Deposits for products made | | | | | 575.00 | |
| | | | | | | | | 3,000.00 | | 2,425.00 |
| Account No. | | | | 10/03/2006 | | | | | | |
| Terry Maulsby 7S451 Donwood Drive Naperville, IL 60540 | - | | | Deposits for products made | | | | | 955.00 | |
| | | | | | | | | 3,380.00 | | 2,425.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet  **5**  of  **6**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 1,530.00 |
| (Total of this page) | 6,980.00 | 5,450.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Darleen's Interiors, Inc**                                        ,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **IBT #: 2434-1363** | | | **2004 - 2007** | | | | | |
| **Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602** | X | - | **Unpaid Sales Taxes** | | | X | | **Unknown** |
| | | | | | | | **131,983.00** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet __6__ of __6__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | **0.00** |
| | | 131,983.00        **0.00** |
| | Total | 68,308.75 |
| | (Report on Summary of Schedules) | 250,896.29        44,304.54 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re     **Darleen's Interiors, Inc**                                                    Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **4ECARD.COM, Inc. 666 Dundee Road, Suite 1607 Northbrook, IL 60062** | - | | Marketing | | | | 1,500.00 |
| Account No.  **Active Foam Products 4358 South Knox Ave Chicago, IL 60632** | - | | Trade debt | | | | 126.02 |
| Account No.  **AIS Network Corporation 1611 Colonial Parkway Palatine, IL 60067** | - | | Trade debt | | | | 60.00 |
| Account No.  **Allegra Print & Imaging 1163 E. Ogden Ave., Suite 505 Iroquois Center Naperville, IL 60563** | - | | Marketing | | | | 540.84 |

| | | | | | Subtotal (Total of this page) | 2,226.86 |

___20___   continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **Darleen's Interiors, Inc**                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Ambella Home 2050 Stemmons Freeway Suite 11080 Dallas, TX 75207 | | - | | | | | | 995.00 |
| Account No. | | | | Marketing | | | | |
| Architectural Digest PO Box 59056 Boulder, CO 80322-9056 | | - | | | | | | 39.95 |
| Account No. | | | | Trade debt | | | | |
| ARS 731 Distric Drive Itasca, IL 60143 | | - | | | | | | 400.00 |
| Account No. | | | | Trade debt | | | | |
| Art & Frame Direct 114723 Satellite Orlando, FL 32837 | | - | | | | | | 4,031.88 |
| Account No. | | | | Telephone | | | | |
| AT & T P.O. Box 8100 Aurora, IL 60507-8100 | | - | | | | | | 791.36 |

Sheet no. __1__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        6,258.19

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darleen's Interiors, Inc**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | - | | Telephone | | | | |
| AT & T Mobility P.O. Box 6463 Carol Stream, IL 60197-6463 | | | | | | | | | 1,063.60 |
| Account No. | | | - | | Trade debt | | | | |
| Atlanta Thread Supply Co. 695 Red Oak Road Stockbridge, GA 30281 | | | | | | | | | 100.29 |
| Account No. | X | | - | | 2007-8 Purchases on account | | | | |
| Bank of America P.O. Box 37279 Baltimore, MD 21297-3279 | | | | | | | | | 6,835.31 |
| Account No. | | | - | | Trade debt | | | | |
| Beacon Hill Attn: Robert Allen 2660 Payshere Circle Chicago, IL 60674 | | | | | | | | | 1,878.09 |
| Account No. | | | - | | Trade debt | | | | |
| Beauti-Vue Bristol Industry Plaza Bristol, WI 53104 | | | | | | | | | 5,613.23 |

Sheet no. __2__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     15,490.52

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Darleen's Interiors, Inc**                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Marketing | | | | |
| **Belniak Media, Inc.** **739 Roosevelt Road** **Building 8, Suite 216** **Glen Ellyn, IL 60137** | | - | | | | | 600.00 |
| Account No. | | | 2007/08 Purchases on account | | | | |
| **Capital One** **P.O. 85167** **Richmond, VA 23285-5167** | X | - | | | | | 20,278.23 |
| Account No. | | | Tax Preparation | | | | |
| **Charles K. Schultz & Associates** **1639 N. 75th Ave** **Elmwood Park, IL 60707** | | - | | | | | 150.00 |
| Account No. | | | 2007/08 Purchases on account | | | | |
| **Chase Bank One** **Cardmember Service** **PO Box 15153** **Wilmington, DE 19886** | X | - | | | | | 7,649.74 |
| Account No. | | | Purchases on account | | | | |
| **Chef by Request** **5100 Academy Drive** **Lisle, IL 60532** | | - | | | | | 386.75 |

Sheet no. __3__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,064.72

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darleen's Interiors, Inc**                                            ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Trade debt | | | | |
| Chelsea Frank Group JEFFCO Furniture 5200 S. Main St. Salisbury, NC 28147 | | | | | | | | 7,974.00 |
| Account No. | | - | | Marketing | | | | |
| Chicago Tribune Magazine Chicago Tribune 14839 Collections Center Drive Chicago, IL 60693 | | | | | | | | 13,924.00 |
| Account No. | | - | | Trade debt | | | | |
| Classic Service Corp. 484 Treasure Drive Oswego, IL 60543 | | | | | | | | 340.00 |
| Account No. | | - | | Trade debt | | | | |
| Cleaning Detail 1919 S. Highland Ave. Suite 137D Lombard, IL 60148 | | | | | | | | 3,240.00 |
| Account No. | | - | | Trade debt | | | | |
| Cox Manufacturing/ GE Capital Commerical Service P.O. Box 890011 Charlotte, NC 28289-0011 | | | | | | | | 464.57 |

Sheet no. __4__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          | 25,942.57

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Darleen's Interiors, Inc** _____, Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Insurance | | | | |
| CT Group Commerical Travelers Building 70, Genesse St. Utica, NY 13502-3582 | | - | | | | | | 83.60 |
| Account No. | | | | Trade debt | | | | |
| Darleen's | | - | | | | | | 377.30 |
| Account No. | | | | Trade debt | | | | |
| Decision Systems Plus, Inc. 1011 E. Touhy Suite 170 Des Plaines, IL 60018 | | - | | | | | | 120.00 |
| Account No. | | | | Trade debt | | | | |
| Decorize, Inc. P.O. Box 11176 Springfield, MO 65808-1176 | | - | | | | | | 691.63 |
| Account No. | | | | Utility Service | | | | |
| DirecTV P.O. Box 60036 Los Angeles, CA 90060-0036 | | - | | | | | | 65.90 |

Sheet no. __5__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **1,338.43**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darleen's Interiors, Inc**                                    ,      Case No. _____
                                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| DoFix No*Sew USA 1947 Iron Way Sanford, MI 48657-9232 | - | | | | | | 289.24 |
| Account No. | | | Trade debt | | | | |
| Eastern Legends 8855 Flower Road Rancho Cucamonga, CA 91730 | - | | | | | | 4,340.00 |
| Account No. | | | Trade debt | | | | |
| Fabricut P.O. Box 470490 Tulsa, OK 74147-0490 | - | | | | | | 13,399.45 |
| Account No. | | | Trade debt | | | | |
| Ferguson Copeland (Direct) P.O. Box 60926 Charlotte, NC 28260-0926 | - | | | | | | 102.00 |
| Account No. | | | Trade debt | | | | |
| Ferguson Copeland Ltd. P.O. Box 60926 Charlotte, NC 28260-0926 | - | | | | | | 634.50 |

Sheet no. __6__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,765.19**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darleen's Interiors, Inc**                                              ,  Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | - | | **Credit card purchases** | | | | |
| **Fifth Third Bank P.O. Box 470789 CC 1813 Cincinnati, OH 45274-0789** | | | | | | | | | 7,492.96 |
| Account No. | X | | - | | **2007/8 Credit card purchases** | | | | |
| **Fifth Third Bank P.O. Box 740789 CC 1821 Cincinnati, OH 45274-0789** | | | | | | | | | 5,084.62 |
| Account No. | | | - | | **Trade debt** | | | | |
| **Fine Arts Lamps P.O. Box 918539 Orlando, FL 32891-8539** | | | | | | | | | 4,907.73 |
| Account No. | | | - | | **Purchases on account** | | | | |
| **Fourrures Wolfie Furs Inc. 1435 Rue St. Alexandre Street Suite 340 Montreal, Quebec** | | | | | | | | | 11,295.00 |
| Account No. Space #864 | X | | - | | **April 2003 Lease of Commerical Premises** | | | | |
| **Fox River Commons Shopping Center 285 W. Dundee Road Palatine, IL 60074** | | | | | | | | | 103,885.16 |

Sheet no. __7__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          132,665.47

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darleen's Interiors, Inc**                                             ,   Case No. _____
                                        **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Furniture Medic by Griss Services** **6399 Kindling Court** **Lisle, IL 60532** | | - | | | | | 170.00 |
| Account No. | | | Trade debt | | | | |
| **Galaxy Design** **193 E. Altadena Drive** **Altadena, CA 91001** | | - | | | | | 649.00 |
| Account No. | | | Trade debt | | | | |
| **Great Glacier South, Inc.** **P.O. Box 2546** **Joliet, IL 60434** | | - | | | | | 139.28 |
| Account No. | | | Marketing | | | | |
| **Greenspring Media Group** **600 US Trust Building** **730 Second Avenue S** **Minneapolis, MN 55402** | | - | | | | | 4,500.00 |
| Account No. | | | Trade debt | | | | |
| **Groot Industries** **P.O. Box 309** **Elk Grove Village, IL 60009** | | - | | | | | 424.00 |

Sheet no. __8__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                               **5,882.28**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Darleen's Interiors, Inc** _____,   Case No. _____

                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Guardian P.O. Box 95101 Chicago, IL 60694-5101 | | - | | | | | | 47.06 |
| Account No. | | | | Trade debt | | | | |
| Habersham/CIT P.O. Box 1036 Charlotte, NC 28201-1036 | | - | | | | | | 1,165.50 |
| Account No. | | | | Trade debt | | | | |
| Harden Furniture Mill Pond Way Mc Connellsville, NY 13401-1844 | | - | | | | | | 1,398.73 |
| Account No. | | | | Trade debt | | | | |
| Hekman 1400 Buchanan, S.W. Grand Rapids, MI 49507-1683 | | - | | | | | | 7,316.76 |
| Account No. | | | | Marketing | | | | |
| Herme Mailing Service, Inc. 1603 Rock Creek Blvd. Joliet, IL 60431 | | - | | | | | | 1,265.91 |

Sheet no. __9__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,193.96

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Darleen's Interiors, Inc_____,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2008 | | | | |
| Home Depot P.O. Box 4534 Carol Stream, IL 60197-4534 | X | - | Purchases on account | | | | |
| | | | | | | | 3,507.35 |
| Account No. | | | 2008/2009 | | | | |
| Hunzinger & Co. 6330 Belmont Road #2 Downers Grove, IL 60516 | | - | Accounting Services | | | | |
| | | | | | | | 5,530.00 |
| Account No. | | | Trade debt | | | | |
| Jesse White, Secretary of State, IL Department of Business Services 501 2nd Street Springfield, IL 62719 | | - | | | | | |
| | | | | | | | 78.00 |
| Account No. | | | April 2009 | | | | |
| John Edmunds 1743 Atwood Cr. Naperville, IL 60565 | | - | Paid for furniture on behalf of a customer of Debtor | | | X | |
| | | | | | | | 8,100.00 |
| Account No. | | | Trade debt | | | | |
| John Richard Collection, Inc. 306 Eastman Greenwood, MS 38930 | | - | | | | | |
| | | | | | | | 963.82 |

Sheet no. __10__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    18,179.17

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darleen's Interiors, Inc**_____,   Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Kashmir Fabrics** **10844 Indian Head Industrial Blvd** **Saint Louis, MO 63132** | | - | | | | | 1,386.89 |
| Account No. | | | Trade debt | | | | |
| **Kitchen Design 2000, Inc.** **84 Templeton Drive, Suite 101** **Oswego, IL 60543** | | - | | | | | 1,051.00 |
| Account No. | | | Trade debt | | | | |
| **Kravet - Portfolio Textiles** **P.O. Box 9000** **Bethpage, NY 11714-9000** | | - | | | | | 1,697.95 |
| Account No. | | | Trade debt | | | | |
| **Kravet Fabric Inc.** **225 Central Ave.** **Bethpage, NY 11714-4990** | | - | | | | | 522.14 |
| Account No. | | | Trade debt | | | | |
| **LeBarge** **2427 Penny Road** **Suite 101** **High Point, NC 27265** | | - | | | | | 684.29 |

Sheet no. __11__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **5,342.27**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darleen's Interiors, Inc**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Leon's Fabrics, Inc. 2120 Warm Springs Road Columbus, GA 31904 | | - | | | | | 564.30 |
| Account No. | | | Trade debt | | | | |
| LUXE 3731 Fau Blvd Boca Raton, FL 33431 | | - | | | | | 5,285.00 |
| Account No. | | | Trade debt | | | | |
| LZ Products, Inc. 2121 West 21st Street Chicago, IL 60608 | | - | | | | | 578.34 |
| Account No. | | | Trade debt | | | | |
| Maitland Smith 2427 Penny Road P.O. Box 2085 High Point, NC 27261 | | - | | | | | 3,783.58 |
| Account No. | | | Trade debt | | | | |
| MDC Wallcoverings 8038 Solutions Center Chicago, IL 60677-8000 | | - | | | | | 2,365.91 |

Sheet no. __12__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        12,577.13

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Darleen's Interiors, Inc_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| MG Computer 4923 Main Street Building 2 Downers Grove, IL 60515 | - | | | | | | | 2,042.74 |
| Account No. | | | | Marketing | | | | |
| Minuteman Press 1577 Naperville/Wheaton Rd. Naperville, IL 60563 | - | | | | | | | 291.20 |
| Account No. | | | | Consulting company | | | | |
| MPS Partners, LLC 233 South Wacker Drive #3500 Chicago, IL 60606 | - | | | | | | | 3,500.00 |
| Account No. | | | | Marketing | | | | |
| Muzak, LLC P.O. Box 71070 Charlotte, NC 28272-1070 | - | | | | | | | 268.16 |
| Account No. | | | | Marketing | | | | |
| New Pros Communications P.O. Box 740524 Cincinnati, OH 45274-0524 | - | | | | | | | 274.70 |

Sheet no. __13__ of __20__ sheets attached to Schedule of          Subtotal          6,376.80
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darleen's Interiors, Inc**                                    ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Newton Transportation Co. P.O. Box 649 Hudson, NC 28638 | | - | | | | | | 182.16 |
| Account No. | | | | Trade debt | | | | |
| NHFA 3910 Tinsley Drive Suite 101 High Point, NC 27265-3610 | | - | | | | | | 680.00 |
| Account No. | | | | Utility Service | | | | |
| Nicor Gas P.O. Box 416 Aurora, IL 60568-0001 | | - | | | | | | 240.06 |
| Account No. | | | | Trade debt | | | | |
| Ogden Rug Gallery 407 Ogden Avenue Westmont, IL 60559 | | - | | | | | | 4,675.00 |
| Account No. | | | | Marketing | | | | |
| Oster Communications, LLC Main Street Promenade 55 South Main Street, Suite 300 Naperville, IL 60540 | | - | | | | | | 200.00 |

Sheet no. _**14**_ of _**20**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   5,977.22

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Darleen's Interiors, Inc**                                        ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | Purchases on account | | | | |
| Paul Robert Branch Banking & Trust Company P.O. Box 890011 Charlotte, NC 28289-0011 | - | | | | | | | 15,659.19 |
| Account No. | | | | Trade debt | | | | |
| Platt Collections 11119 Rush Street South El Monte, CA 91733 | - | | | | | | | 1,815.00 |
| Account No. | | | | Trade debt | | | | |
| Prosource of Chicago Trade Credit Service P.O. Box 105525 Atlanta, GA 30348-5525 | - | | | | | | | 6,154.04 |
| Account No. | | | | Trade debt | | | | |
| Rachel's Collection, Inc. 57 Denton Ave. Garden City Park, NY 11040 | - | | | | | | | 1,835.00 |
| Account No. | | | | Marketing | | | | |
| Rich Sistos Photography P.O. Box 703 Itasca, IL 60143-0703 | - | | | | | | | 880.00 |

Sheet no. __15__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,343.23

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Darleen's Interiors, Inc**_____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | Marketing | | | | | |
| Rise Public Relations LLC 641 S. Wesley Avenue Oak Park, IL 60304 | | - | | | | | | 1,500.00 |
| Account No. | | | Trade debt | | | | | |
| RM Coco P.O. Box 1270 Cape Girardeau, MO 63702-1270 | | - | | | | | | 3,098.76 |
| Account No. | | | Trade debt | | | | | |
| Robert Allen Fabric, Inc. 2660 Payshere Circle Chicago, IL 60674 | | - | | | | | | 383.51 |
| Account No. | | | Trade debt | | | | | |
| Rowley Co., Inc. P.O. Box 6010 Gastonia, NC 28056 | | - | | | | | | 1,198.43 |
| Account No. | | | Trade debt | | | | | |
| Schaefer Greenhouses, Inc. P.O. Box 1595 Aurora, IL 60507 | | - | | | | | | 421.55 |

Sheet no. __16__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,602.25**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Darleen's Interiors, Inc**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Schumacher & Company P.O. Box 931887 Atlanta, GA 31193-1887 | | - | | | | | | 0.00 |
| Account No. | | | | Trade debt | | | | |
| Seabrook Wallcoverings, Inc. P.O. Box 22597 Memphis, TN 38122 | | - | | | | | | 382.28 |
| Account No. | | | | Trade debt | | | | |
| Shane's Office Supply 2717 Curtiss St Downers Grove, IL 60515 | | - | | | | | | 331.62 |
| Account No. | | | | Trade debt | | | | |
| Soft-Tex P.O. Box 278 428 Hudson River Road Waterford, NY 12188 | | - | | | | | | 315.88 |
| Account No. | | | | Trade debt | | | | |
| Stone Habitat 1712 North Aurora Road Naperville, IL 60563 | | - | | | | | | 1,900.46 |

Sheet no. __17__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,930.24

B6F (Official Form 6F) (12/07) - Cont.

In re **Darleen's Interiors, Inc**                                           ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Marketing | | | | |
| Suburban Chicago Newpapers 6965 Payshere Circle Chicago, IL 60674 | - | | | | | | | 3,138.00 |
| Account No. | | | | Trade debt | | | | |
| Terri Bardeson 61 Ogden Road Ogden Dunes, IN 46368 | - | | | | | | | 1,800.00 |
| Account No. | | | | Trade debt | | | | |
| Thybony Wallcoverings 3720 N. Kedzie Ave. Chicago, IL 60618 | - | | | | | | | 77.19 |
| Account No. | | | | Trade debt | | | | |
| Tim Mingus 3N943 Farmview Elburn, IL 60119 | - | | | | | | | 584.00 |
| Account No. | | | | Trade debt | | | | |
| TJ Maintenance, Inc. 113 Main Street West Chicago, IL 60185 | - | | | | | | | 120.00 |

Sheet no. __18__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,719.19

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __**Darleen's Interiors, Inc**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Marketing | | | | |
| Tomlinson/Erwin-Lambeth, Inc., The CIT Group/BBC, Inc. P.O. Box 1036 Charlotte, NC 28201 | - | | | | | | | 2,403.00 |
| Account No. | | | | Trade debt | | | | |
| Trend 9303 East 46th Street Tulsa, OK 74145 | - | | | | | | | 1,765.26 |
| Account No. | | | | Trade debt | | | | |
| UPS - United Parsel Service Lockbox 577 Carol Stream, IL 60132-0577 | - | | | | | | | 166.60 |
| Account No. | | | | Telephone | | | | |
| Verizon Wireless P.O. Box 25505 Lehigh Valley, PA 18002 | - | | | | | | | 125.14 |
| Account No. | | | | Trade debt | | | | |
| WDS N27 W23591 Paul Rd. P.O. Box 697 Pewaukee, WI 53072-6097 | - | | | | | | | 402.34 |

Sheet no. _**19**_ of _**20**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,862.34

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Darleen's Interiors, Inc**                                    ,    Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **West Suburban Living** **775 Church Road** **Elmhurst, IL 60126** | - | | | | | | | 3,205.00 |
| Account No. | | | | Marketing | | | | |
| **WGN AM Radio 720** **P.O. Box 98519** **Chicago, IL 60693** | - | | | | | | | 5,900.00 |
| Account No. | | | | Trade debt | | | | |
| **York Wallcoverings** **750 Linden Avenue** **P.O. Box 5166** **York, PA 17405** | - | | | | | | | 1,104.82 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| Sheet no. __20__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 10,209.82 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 353,947.85 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Darleen's Interiors, Inc**
_____,    Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Fox River Commons Shopping Center**<br>**See Schedule F** | **Lease of 864 S. Route 59,  Naperville,  Il.  60540** |
| **Lexus Financial**<br>**See Schedule D** | **Financing contract on 2006 Lexus GS 300** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re    **Darleen's Interiors, Inc**                                                                ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Darleen McFarlan**<br>**241 White Oak Dr.**<br>**Naperville, IL 60540**<br>  **Pers. Guar.** | **Illinois Department of Revenue**<br>**Bankruptcy Section Level 7-425**<br>**100 W. Randolph Street**<br>**Chicago, IL 60602** |
| **Darleen McFarlen**<br>**241 White Oak Dr.**<br>**Naperville, IL 60540** | **In Bank**<br>**15533 S. Cicero Av.**<br>**Oak Forest, IL 60452-3626** |
| **Darleen McFarlen**<br>**241 White Oak Dr.**<br>**Naperville, IL 60540**<br>  **Pers. Guar.** | **Home Depot**<br>**P.O. Box 4534**<br>**Carol Stream, IL 60197-4534** |
| **Darleen McFarlen**<br>**241 White Oak Dr.**<br>**Naperville, IL 60540**<br>  **Pers. Guar.** | **Bank of America**<br>**P.O. Box 37279**<br>**Baltimore, MD 21297-3279** |
| **Darleen McFarlen**<br>**241 white Oak Dr.**<br>**Naperville, IL 60540**<br>  **Pers. Guar.** | **Fifth Third Bank**<br>**P.O. Box 740789**<br>**CC 1821**<br>**Cincinnati, OH 45274-0789** |
| **Darleen McFarlen**<br>**241 White Oak Dr.**<br>**Naperville, IL 60540**<br>  **Pers. Guar.** | **Capital One**<br>**P.O. 85167**<br>**Richmond, VA 23285-5167** |
| **Darleen McFarlen**<br>**241 White Oak Dr.**<br>**Naperville, IL 60540**<br>  **Pers. Guar.** | **Chase Bank One**<br>**Cardmember Service**<br>**PO Box 15153**<br>**Wilmington, DE 19886** |
| **Darleen McFarlen**<br>**241 White Oak Dr.**<br>**Naperville, IL 60540**<br>  **Pers. Guar.** | **Fox River Commons Shopping Center**<br>**285 W. Dundee Road**<br>**Palatine, IL 60074** |

**0**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Darleen's Interiors, Inc**                                          Case No.

_____    Chapter    **7**
                                    Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**37**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **April 22, 2009**                        Signature    **/s/ Darleen McFarlan**

                                                                **Darleen McFarlan**
                                                                **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re __Darleen's Interiors, Inc__                                   Case No. _____

                                          Debtor(s)                 Chapter    __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **2009 through 3/31- Net Income after Expenses and COGS: Loss of $55,745.33** |
| $0.00 | **2008- Net Income after Expenses and COGS: Loss of $181,392** |
| $736.00 | **2007- Net Income after expenses and COGS - $736.00** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See January to March Statements attached** | | **$0.00** | **$0.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Darleen McFarlen**<br>**241 White Oak Dr.**<br>**Naperville, IL 60540**<br>  **Sole Shareholder and Officer** | **Wages for 12 months prior to filing paid Bi-weekly.** | **$133,500.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **David and Sheree Motherwell v. Darleen's Interior, Inc.  et al** | **Contract Action** | **Sixteenth Judicial Circuit Court- Kane County, Il.** | **Judgement entered - $3,451.00 12/11/08** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Fox Valley Commons Shopping Center LLC v. D. Hazelton, Inc.  2009 L 0427 (Note: The Debtor was originally named "D. Hazelton, Inc d/b/a Darleen's Interiors.  That name was formally changed several years ago to the current name "Darleen's Interiors, Inc.".** | **Forcible Entry and Detainer** | **18th Judicial Cirsuit Court, DuPage County, Il.** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Unknown** | **None** | **1st Qtr. 2009** | **$350.00** |

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Springer, Brown, Covey, Gaertner & Davis 400 S. County Farm Road Suite 330 Wheaton, IL 60187** | **3/16/2009** | **$5,000** |
| **Delbert S. Lyle 2100 Manchester Rd. Wheaton, IL 60187** | **2008** | **$1,250.00** |
| **Kuhn, Heap, and Munson 552 S. Wshington St. #100 Naperville, IL 60540** | **2008** | **$715.00** |

**10. Other transfers**

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Vincent Morreale & Assoc.**<br>**336 Wellington Av.**<br>**Suite 31103**<br>**Chicago, IL 60657** | **Furniture owned by Cox Manufacturing, 218 Cline Park Dr. Hildebran, N.C. 28637 and Old Biscayne Furniture, 211 Southfield Rd. Americus, GA. 31709**<br><br>**See list attached.**<br><br>**Value unknown** | **Debtor facility at 864 S. Rt. 59, Napeville, IL. 60540** |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or

owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Hunzinger & Co., C.P.A.** | **2006 to date** |
| **6330 Belmont Rd.** | |
| **Unit #2** | |
| **Downers Grove, IL 60516** | |

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Darleen McFarlen** | **241 White Oak Dr.** |
| | **Naperville, IL 60540** |
| **Hunzinger & Co. C.P.A.** | **Address above** |

None
☐
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **InBank** | **2007/2008** |
| **See Sched D** | |

### 20. Inventories

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Darleen McFarlen**<br>**241 White Oak Dr.**<br>**Naperville, IL 60540** | **President and Sole Shareholder** | **100% owner of all issued and outstanding stock** |

### 22 . Former partners, officers, directors and shareholders

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■    commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■    immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
☐    in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
     commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Darleen McFarlen**<br>**241 White Oak Dr.**<br>**Naperville, IL 60540**<br>**President and Sole Shareholder** | **Various- Bi-Weekly for W-2 wages** | **Approximately $133,500.00** |

### 24. Tax Consolidation Group.

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■    group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
     of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an
■    employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  __**April 22, 2009**_____          Signature    __**/s/ Darleen McFarlan**_____

                                                                                                    **Darleen McFarlan**
                                                                                                    **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re  **Darleen's Interiors, Inc**

                                      Debtor(s)

Case No. _____

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.   $ **0.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.   The source of compensation to be paid to me is:

    ☐ Debtor    ■ Other (specify):  **Darleen McFarlen- Shareholder**

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **April 22, 2009**

                    **/s/ Kent A. Gaertner**
                    **Kent A. Gaertner 3121489**
                    **Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
                    **400 S. County Farm Road**
                    **Suite 330**
                    **Wheaton, IL 60187**
                    **630-510-0000  Fax: 630-510-0004**

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Darleen's Interiors, Inc**                                                    Case No.

                                                   Debtor(s)          Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **150**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **April 22, 2009**                              **/s/ Darleen McFarlan**

                                                       **Darleen McFarlan**/**President**
                                                       Signer/Title

4ECARD.COM, Inc.
666 Dundee Road, Suite 1607
Northbrook, IL 60062


Active Foam Products
4358 South Knox Ave
Chicago, IL 60632


AIS Network Corporation
1611 Colonial Parkway
Palatine, IL 60067


Allegra Print & Imaging
1163 E. Ogden Ave., Suite 505
Iroquois Center
Naperville, IL 60563


Ambella Home
2050 Stemmons Freeway
Suite 11080
Dallas, TX 75207


Angela McMorris
Bennett Street
North Aurora, IL 60542


Angela Robertson
1 Crenshaw Court
Bolingbrook, IL 60490


Architectural Digest
PO Box 59056
Boulder, CO 80322-9056


ARS
731 Distric Drive
Itasca, IL 60143


Art & Frame Direct
114723 Satellite
Orlando, FL 32837


AT & T
P.O. Box 8100
Aurora, IL 60507-8100

AT & T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


AT&T Wireless
P.O. 8229
Aurora, IL 60572


Atlanta Thread Supply Co.
695 Red Oak Road
Stockbridge, GA 30281


Bana Ahdab
6447 Manor Drive
Willowbrook, IL 60527


Bank of America
P.O. Box 37279
Baltimore, MD 21297-3279


Bank of America
P.O. 5270
Carol Stream, IL 60197


Beacon Hill
Attn: Robert Allen
2660 Payshere Circle
Chicago, IL 60674


Beauti-Vue
Bristol Industry Plaza
Bristol, WI 53104


Belniak Media, Inc.
739 Roosevelt Road
Building 8, Suite 216
Glen Ellyn, IL 60137


Bob & Aparna Tata
3412 Keller Lane
Naperville, IL 60565


Brian & Beth Sieve
724 S. Julian
Naperville, IL 60540

Capital One
P.O. 85167
Richmond, VA 23285-5167

Capital One
PO box 790216
Saint Louis, MO 63179-0216

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capitol One
P.O. 34631
Seattle, WA 98124

Capitol One
P.O. Box 85015
Richmond, VA 23285-5015

CeCe Taylor
2480 West Branch Court
Naperville, IL 60565

Charles K. Schultz & Associates
1639 N. 75th Ave
Elmwood Park, IL 60707

Chase
PO Box 15298
Wilmington, DE 19850

Chase Bank One
Cardmember Service
PO Box 15153
Wilmington, DE 19886

Chef by Request
5100 Academy Drive
Lisle, IL 60532

Chelsea Frank Group
JEFFCO Furniture
5200 S. Main St.
Salisbury, NC 28147

Chicago Tribune Magazine
Chicago Tribune
14839 Collections Center Drive
Chicago, IL 60693


Classic Service Corp.
484 Treasure Drive
Oswego, IL 60543


Cleaning Detail
1919 S. Highland Ave.
Suite 137D
Lombard, IL 60148


Cox Manufacturing/
GE Capital Commerical Service
P.O. Box 890011
Charlotte, NC 28289-0011


CT Group
Commerical Travelers
Building 70, Genesse St.
Utica, NY 13502-3582


Darleen McFarlan
241 White Oak Dr.
Naperville, IL 60540


Darleen McFarlen
241 White Oak Dr.
Naperville, IL 60540


Darleen McFarlen
241 White Oak Dr.
Naperville, IL 60540


Darleen McFarlen
241 White Oak Dr.
Naperville, IL 60540


Darleen McFarlen
241 white Oak Dr.
Naperville, IL 60540

Darleen McFarlen
241 White Oak Dr.
Naperville, IL 60540


Darleen McFarlen
241 White Oak Dr.
Naperville, IL 60540


Darleen McFarlen
241 White Oak Dr.
Naperville, IL 60540


Darleen's


Decision Systems Plus, Inc.
1011 E. Touhy
Suite 170
Des Plaines, IL 60018


Decorize, Inc.
P.O. Box 11176
Springfield, MO 65808-1176


DirecTV
P.O. Box 60036
Los Angeles, CA 90060-0036


DoFix
No*Sew USA
1947 Iron Way
Sanford, MI 48657-9232


Donna Itrich
113 Carmela Drive
Bloomingdale, IL 60108


Donna Lasko
5445 N. Lovejoy Ave.
Chicago, IL 60630


Donna Zaharski
445 E North Water St.
Apt. # 1505
Chicago, IL 60611

Dr. Eric Greenglass
9010 Enclave Dr.
Burr Ridge, IL 60527


Dr. Jean Walsh
16151 Weber Road #201
Crest Hill, IL 60403


Eastern Legends
8855 Flower Road
Rancho Cucamonga, CA 91730


Fabricut
P.O. Box 470490
Tulsa, OK 74147-0490


Ferguson Copeland (Direct)
P.O. Box 60926
Charlotte, NC 28260-0926


Ferguson Copeland Ltd.
P.O. Box 60926
Charlotte, NC 28260-0926


Fifth Third Bank
P.O. Box 470789
CC 1813
Cincinnati, OH 45274-0789


Fifth Third Bank
P.O. Box 740789
CC 1821
Cincinnati, OH 45274-0789


Fifth Third Bank
P.O. 630778
Cincinnati, OH 45263


Fifth Third Bank
P.O. 630778
Cincinnati, OH 45263


Fine Arts Lamps
P.O. Box 918539
Orlando, FL 32891-8539

Fourrures Wolfie Furs Inc.
1435 Rue St. Alexandre Street
Suite 340
Montreal, Quebec


Fox River Commons Shopping Center
285 W. Dundee Road
Palatine, IL 60074


Fox River Commons Shopping Center
See Schedule F


Freida & Deno Varlas
227 Bryant Avenue
Glen Ellyn, IL 60137


Furniture Medic by Griss Services
6399 Kindling Court
Lisle, IL 60532


Galaxy Design
193 E. Altadena Drive
Altadena, CA 91001


Great Glacier South, Inc.
P.O. Box 2546
Joliet, IL 60434


Greenspring Media Group
600 US Trust Building
730 Second Avenue S
Minneapolis, MN 55402


Groot Industries
P.O. Box 309
Elk Grove Village, IL 60009


Guardian
P.O. Box 95101
Chicago, IL 60694-5101


Habersham/CIT
P.O. Box 1036
Charlotte, NC 28201-1036

Harden Furniture
Mill Pond Way
Mc Connellsville, NY 13401-1844


Hekman
1400 Buchanan, S.W.
Grand Rapids, MI 49507-1683


Herme Mailing Service, Inc.
1603 Rock Creek Blvd.
Joliet, IL 60431


Home Depot
P.O. Box 4534
Carol Stream, IL 60197-4534


Hunzinger & Co.
6330 Belmont Road #2
Downers Grove, IL 60516


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602


In Bank
15533 S. Cicero Av.
Oak Forest, IL 60452-3626


Jeff & Bonnie Willis
16122 S. Peppermill Trail
Homer Glen, IL 60491


Jesse White, Secretary of State, IL
Department of Business Services
501 2nd Street
Springfield, IL 62719


John Edmunds
1743 Atwood Cr.
Naperville, IL 60565


John Richard Collection, Inc.
306 Eastman
Greenwood, MS 38930

Kashmir Fabrics
10844 Indian Head Industrial Blvd
Saint Louis, MO 63132


Kitchen Design 2000, Inc.
84 Templeton Drive, Suite 101
Oswego, IL 60543


Kravet - Portfolio Textiles
P.O. Box 9000
Bethpage, NY 11714-9000


Kravet Fabric Inc.
225 Central Ave.
Bethpage, NY 11714-4990


Laura Carey
633 Thornwood
Naperville, IL 60540


LeBarge
2427 Penny Road
Suite 101
High Point, NC 27265


Leon's Fabrics, Inc.
2120 Warm Springs Road
Columbus, GA 31904


Lexus Finance - SST
P.O. Box 790079
Saint Louis, MO 63179-0079


Lexus Financial
See Schedule D


LUXE
3731 Fau Blvd
Boca Raton, FL 33431


LZ Products, Inc.
2121 West 21st Street
Chicago, IL 60608

Maitland Smith
2427 Penny Road
P.O. Box 2085
High Point, NC 27261

Marcia Rayman
48W226 Price Road
Big Rock, IL 60511

MDC Wallcoverings
8038 Solutions Center
Chicago, IL 60677-8000

MG Computer
4923 Main Street
Building 2
Downers Grove, IL 60515

Minuteman Press
1577 Naperville/Wheaton Rd.
Naperville, IL 60563

MPS Partners, LLC
233 South Wacker Drive
#3500
Chicago, IL 60606

Mr. Michael Lacy- Lacy & Assoc.
2 Mid America Plaza
Suite #800
Oak Brook Plaza, IL 60181

Muzak, LLC
P.O. Box 71070
Charlotte, NC 28272-1070

New Pros Communications
P.O. Box 740524
Cincinnati, OH 45274-0524

Newton Transportation Co.
P.O. Box 649
Hudson, NC 28638

NHFA
3910 Tinsley Drive
Suite 101
High Point, NC 27265-3610


Nicor
PO Box 310
Aurora, IL 60507


Nicor Gas
P.O. Box 416
Aurora, IL 60568-0001


Ogden Rug Gallery
407 Ogden Avenue
Westmont, IL 60559


Oster Communications, LLC
Main Street Promenade
55 South Main Street, Suite 300
Naperville, IL 60540


Pamela Hidding
412 Ceasar Dr.
Barrington, IL 60010


Pat & Manny Sanchez
2137 Scarlet Oak Lane
Lisle, IL 60532


Paul Robert
Branch Banking & Trust Company
P.O. Box 890011
Charlotte, NC 28289-0011


Platt Collections
11119 Rush Street
South El Monte, CA 91733


Prosource of Chicago
Trade Credit Service
P.O. Box 105525
Atlanta, GA 30348-5525

Rachel's Collection, Inc.
57 Denton Ave.
Garden City Park, NY 11040


Rich Sistos Photography
P.O. Box 703
Itasca, IL 60143-0703


Rise Public Relations LLC
641 S. Wesley Avenue
Oak Park, IL 60304


RM Coco
P.O. Box 1270
Cape Girardeau, MO 63702-1270


Robert Allen Fabric, Inc.
2660 Payshere Circle
Chicago, IL 60674


Ron Reposh
14201 So Smith Road
Lockport, IL 60441


Rowley Co., Inc.
P.O. Box 6010
Gastonia, NC 28056


Sandy Maslowski
1727 Baybrook
Naperville, IL 60564


Schaefer Greenhouses, Inc.
P.O. Box 1595
Aurora, IL 60507


Schumacher & Company
P.O. Box 931887
Atlanta, GA 31193-1887


Seabrook Wallcoverings, Inc.
P.O. Box 22597
Memphis, TN 38122

Shane's Office Supply
2717 Curtiss St
Downers Grove, IL 60515


Sharon & Gary Kochanek
743 Cardigan
Naperville, IL 60565


Sheila DuBose
13407 Allyn Street
Plainfield, IL 60585


Soft-Tex
P.O. Box 278
428 Hudson River Road
Waterford, NY 12188


Stone Habitat
1712 North Aurora Road
Naperville, IL 60563


Suburban Chicago Newpapers
6965 Payshere Circle
Chicago, IL 60674


Susan Niven
P.O. Box 39
Lockport, IL 60441


Terri Bardeson
61 Ogden Road
Ogden Dunes, IN 46368


Terry Maulsby
7S451 Donwood Drive
Naperville, IL 60540


Thybony Wallcoverings
3720 N. Kedzie Ave.
Chicago, IL 60618


Tim Mingus
3N943 Farmview
Elburn, IL 60119

TJ Maintenance, Inc.
113 Main Street
West Chicago, IL 60185


Tomlinson/Erwin-Lambeth, Inc.,
The CIT Group/BBC, Inc.
P.O. Box 1036
Charlotte, NC 28201


Trend
9303 East 46th Street
Tulsa, OK 74145


UPS - United Parsel Service
Lockbox 577
Carol Stream, IL 60132-0577


Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002


Verizon Wireless
1515 Woodfield Road
Suite 1400
Schaumburg, IL 60173


WDS
N27 W23591 Paul Rd.
P.O. Box 697
Pewaukee, WI 53072-6097


West Suburban Living
775 Church Road
Elmhurst, IL 60126


WGN AM Radio 720
P.O. Box 98519
Chicago, IL 60693


York Wallcoverings
750 Linden Avenue
P.O. Box 5166
York, PA 17405

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **Darleen's Interiors, Inc** _____   Case No. _____

Debtor(s)   Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Darleen's Interiors, Inc__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 22, 2009** _____
Date

**/s/ Kent A. Gaertner** _____
**Kent A. Gaertner 3121489**
Signature of Attorney or Litigant
Counsel for   **Darleen's Interiors, Inc** _____
**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
**630-510-0000 Fax:630-510-0004**